■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARJEEL KHAN, Appellant. [17 NYS3d 872]—Judgment, Supreme Court, New York County (Juan M. Merchan, J.), rendered July 1, 2013, convicting defendant, after a nonjury trial, of five counts of attempted assault in the third degree and five counts of harassment in the second degree, and sentencing him to an aggregate term of 60 days and one year of probation, unani-

mously affirmed. The matter is remitted to Supreme Court for further proceedings pursuant to CPL 460.50 (5).

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its evaluation of alleged inconsistencies in testimony. Concur—Sweeny, J.P., Renwick, Saxe and Gische, JJ.